January 9, 2014



# JUGDMENT

# The Fourteenth Court of Appeals

RO-BT INVESTMENTS, LLP, Appellant

NO. 14-13-00034-CV                              V.

LE PROPERTIES, LLC AND LE COMMERCIAL, INC., Appellees

————————————————————

This cause, an appeal from the judgment in favor of appellees, Le Properties, LLC and Le Commercial, Inc., signed July 10, 2012, was heard on the transcript of the record. We have inspected the record and find the evidence legally insufficient to support the damages awarded in the default judgment. We therefore order that the portions of the default judgment awarding Le Properties, LLC and Le Commercial, Inc. damages in the amount of $58,500.00 and attorney's fees in the amount of $11,700.00 are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.